UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN JAMES BRATTON,<br>Plaintiff<br>v.<br>COUNTY OF RIVERSIDE, et al.,<br>Defendants. | Case No. EDCV 18-00044-JVS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court concludes that nothing in the Objections affects or alters the analysis and conclusions set forth in the Report. The Court accepts the findings and recommendations set forth in the Report.

///

///

Accordingly, **IT IS ORDERED** that: (1) the official capacity claims alleged in the First Amended Complaint are dismissed; and (2) the Magistrate Judge shall issue an appropriate order as to further proceedings in this case.

DATE: April 12, 2018  _____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE