# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN JAMES BRATTON,<br>Plaintiff<br>v.<br>COUNTY OF RIVERSIDE, et al.,<br>Defendants. | Case No. EDCV 18-44-JVS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all pleadings and documents filed and lodged in this action, the motion to dismiss the First Amended Complaint brought by certain Defendants (Dkt. 47, "Motion"), and the related Report and Recommendation of United States Magistrate Judge (Dkt. 50, "Report"). The time for filing objections to the Report has passed, and no objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Motion is GRANTED; (2) Defendants A. Gayda, J. Rodriguez, R. Garcia, and A. Hadraki are dismissed without leave to amend; (3) Defendants A. Sanchez, P. Sanchez, and Chief Deputy Warden are dismissed without prejudice, pursuant to

Rule 4(m) of the Federal Rules of Civil Procedure; and the Magistrate Judge is directed to issue any appropriate orders with respect to further proceedings in this case.

**IT IS SO ORDERED.**

DATE: February 08, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE