JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN JAMES BRATTON,<br>Plaintiff<br>v.<br>COUNTY OF RIVERSIDE, et al.,<br>Defendants. | Case No. 5:18-cv-00044-JVS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: May 31, 2019.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE